**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket Nos. 36944 & 36945 & 36946**

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2010 Unpublished Opinion No. 480** |
| | ) | |
| Plaintiff-Respondent, | ) | **Filed: May 25, 2010** |
| | ) | |
| v. | ) | **Stephen W. Kenyon, Clerk** |
| | ) | |
| **JACOB WAYNE JUDD,** | ) | **THIS IS AN UNPUBLISHED** |
| | ) | **OPINION AND SHALL NOT** |
| Defendant-Appellant. | ) | **BE CITED AS AUTHORITY** |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Deborah A. Bail, District Judge.

Judgments of conviction and concurrent, unified sentences of ten years, with three years determinate for burglary, rape, and grand theft, <u>affirmed</u>.

Molly J. Huskey, State Appellate Public Defender; Stephen D. Thompson, Special Deputy Appellate Public Defender, Ketchum, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

————————————————

Before LANSING, Chief Judge, GUTIERREZ, Judge
and MELANSON, Judge

————————————————

PER CURIAM

In these consolidated cases, Jacob Wayne Judd was convicted of burglary, Idaho Code § 18-1401, rape, I.C. § 18-6101(1), and grand theft, I.C. §§ 18-2403(1), 18-2407(1)(b). The district court imposed concurrent unified sentences of ten years, with three years determinate in each case. Judd appeals, contending that the sentences are excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of a sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Judd's judgments of conviction and sentences are affirmed.